# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: <br>     Mark Jon Penkwitz <br><br>                    Debtor(s). | Case No.   22-21848-gmh <br><br> Chapter:   13 |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rule 2002 and 9010, the undersigned, a duly qualified attorney admitted to practice before this Court, hereby enters an appearance in the above-captioned matter on behalf of Associated Bank, N.A., and/or its assigns, a creditor herein, and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case, including those in adversary proceedings, be sent to them at the following address:

**Codilis, Moody & Circelli, P.C.**
15W030 North Frontage Road, Suite 200
Burr Ridge, IL 60527

Dated May 17, 2022.

By: /s/ Rachael A. Stokas

    Shawn R. Hillmann, WI Bar No. 1037005
    Rachael A. Stokas, MO Bar No. 61282
    Peter C. Bastianen, IL Bar No. 6244346
    Matthew Comella, WI Bar No. 1096303
    Joel P. Fonferko, IL Bar No. 6276490
    Codi C. Gratz, WI Bar No. 1086257
    Rachael.Stokas@il.cslegal.com
    **Codilis, Moody & Circelli, P.C.**
    15W030 North Frontage Road, Suite 200
    Burr Ridge, IL 60527
    (414) 775-7700 Phone
    (630) 654-9946 Fax
    **File #50-21-00689**

NOTE: This law firm is a debt collector.